**Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000008
30-NOV-2022
08:50 AM
Dkt. 81 OAWST**

NO. CAAP-18-0000008

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

NATHAN PACO, Plaintiff-Appellant,
v.
C.R. NEWTON and BELLA BAKER, Defendants-Appellees,
and DOES 1-10, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CC141002406)

ORDER
(By: Hiraoka, Presiding Judge, Wadsworth and Nakasone, JJ.)

Upon consideration of the Stipulation for Dismissal with Prejudice of All Claims and All Parties (**Stipulation for Dismissal**), filed November 22, 2022 (JIMS dkt. 78), by Self-represented Plaintiff-Appellant Nathan Paco (**Paco**) and Counsel for Defendants-Appellees C.R. Newton (**Newton**) and Bella Baker (**Baker**), the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) the parties stipulate to dismiss the appeal with prejudice and bear their own attorneys' fees and costs; (3) the stipulation is dated and signed by both parties appearing in the appeal; and (4) the dismissal is authorized by Rule 42(b) of the Hawaiʻi Rules of Appellate Procedure.

Therefore, IT IS HEREBY ORDERED that the Stipulation for Dismissal is approved and the appeal is dismissed with prejudice.  The parties shall bear their own attorneys' fees and costs.

DATED:  Honolulu, Hawaiʻi, November 30, 2022.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Karen T. Nakasone
Associate Judge